AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Mark Morris, <br><br> *Plaintiff* <br><br> WASHINGTON MUTUAL BANK, FA, a federal savings bank; JP MORGAN CHASE BANK, NA, a national bank; IQ HOME LOANS AND REALTY CORP., a California corporation; ALI MIRZAEI; ALMADEN APPRAISALS, a business entity of unknown form; GREGORY A. WALKER; ADVANTAGE ONE MORTGAGE COMPANY, a business entity of unknown form; and KYLE GOEHRING, <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. C10-00808 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Robert A. Spanner, Esq. (SBN 60308)
    Trial & Technology Law Group, A Professional Corporation
    3723 Haven Avenue, Suite 132
    Menlo Park, CA 94025
    Telephone: (650) 324-2223/(650) 324-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tiffany Salinas-Harwell

Date: FEB 2 4 2010

*Signature of Clerk or Deputy Clerk*