TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE #132
MENLO PARK, CA 94025
PHONE: (650) 678-1379
FAX: (650) 233-2790
email - ras@techtriallaw.com

Attorney for Plaintiff

RECEIVED
2010 FEB 25 P 4: 12
RICHARD W. WIEKING
CLERK, US DISTRICT COURT
ND CA SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK MORRIS,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK, FA,
et. al.

    Defendants.

CASE NO. C 10-00808 MHP

[PROPOSED] TEMPORARY
RESTRAINING ORDER AND ORDER TO
SHOW CAUSE

FORECLOSURE SALE SCHEDULED FOR
MARCH 2, 2010

Date:
Time:
Dept.

TO: WASHINGTON MUTUAL BANK, FA, JP MORGAN CHASE BANK, NA and QUALITY LOAN SERVICE CORP.:

The Application for a Temporary Restraining Order came on for hearing on _____, 2010. The Court finds that good cause exists for the entry of a Temporary Restraining Order, in that it appears from Plaintiff's papers that there is a reasonable likelihood that Plaintiff will prevail on the merits. The Court also finds that irreparable injury will occur unless a Temporary Restraining Order is issued, in that Plaintiff's home will be foreclosed upon unless an Order is issued, and Plaintiff will be irredeemably prejudiced in any attempt to purchase another residence in the future due to the fact of the foreclosure on her credit record. The Court also has considered the public interest in the integrity of the foreclosure process. Accordingly,

Proposed TRO –
Case No.

1

1  YOU, AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE before this
2  Court on _____, 2010 at the hour of _____, or as soon thereafter as the matter may be
3  heard at _____ _____, California why you and your officers, agents,
4  employees, and attorneys and those in active concert or participation with you or them, should
5  not be restrained and enjoined during the pendency of this action and until trial, from:
6    1)   acting to deprive Plaintiff Mark Morris of possession or ownership of the real
7         property located at 312 Donohoe Street, East Palo Alto, CA 94303 (San Mateo
8         County) ("Plaintiff's home");
9    2)   instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home;
10        or
11   3)   recording any deeds or mortgages regarding Plaintiff's home, or making adverse
12        reports to credit reporting agencies regarding Plaintiff.
13   Pending hearing on the above Order to Show Cause, you and your officers, agents,
14 employees, and attorneys and those in active concert or participation with you or them ARE
15 HEREBY RESTRAINED AND ENJOINED from:
16   1)   acting to deprive Plaintiff 312 Donohoe Street, East Palo Alto, CA 94303 (San
17        Mateo County) ("Plaintiff's home");
18   2)   instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home;
19        or
20   3)   recording any deeds or mortgages regarding Plaintiff's home, or making adverse
21        reports to credit reporting agencies regarding Plaintiff.
22   This Order to Show Cause and supporting papers shall be served on Defendants no later
23 than February ____, 2010. Any opposition to this Order to Show Cause must be filed and
24 personally served on Plaintiff's counsel or served by email on _____. A reply
25 memorandum may be filed by _____, and shall be personally served or served by email on
26 the date of filing.
27   Since the Plaintiff has been demonstrated to be impecunious, there is no showing of a
28 possibility of loss accruing to Defendants in the event a foreclosure is delayed until Plaintiff's

Proposed TRO –                    2
Case No.

1 motion for a preliminary injunction can be heard, and the great weight of hardship would fall on
2 Plaintiff if a Temporary Restraining Order does not issue, and there is a strong likelihood of
3 Plaintiff's success on the merits;
4     IT IS FURTHER ORDERED that no bond need be posted by Plaintiff.
5
6 Dated: _____, 2010 at the hour of _____.
7
8                                                   U.S. DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed TRO —     3
Case No.