UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK MORRIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WASHINGTON MUTUAL BANK, et al.,<br><br>　　　　Defendants. | Case No: C 10-0808 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On February 25, 2010, Plaintiff commenced the instant action against Washington Mutual Bank (now JPMorgan Chase Bank (JP Morgan)), and a host of others, alleging that he was defrauded in connection with the refinancing of his home. On the same date, Plaintiff filed an Application for Temporary Restraining Order (TRO) and Motion for Preliminary Injunction. (Docket 4.) The case initially was assigned to Judge Marilyn Hall Patel. Judge Patel subsequently recused herself and the case was reassigned to the undersigned.

On March 19, 2010, Plaintiff filed a revised Application for Temporary Restraining Order and Motion for Preliminary Injunction, in which he seeks to enjoin the non-judicial foreclosure sale of his home scheduled for April 6, 2010. Defendant JP Morgan filed its Opposition to Plaintiff's Request for TRO/Preliminary Injunction opposition on March 23, 2010. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall file his reply brief by no later than the close of business on April 1, 2010.

IT IS SO ORDERED.

Dated: March 30, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge